

GRANTED/ APPROVED

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Michael Spear
Michael J. Spear
District Court Judge
Date of order indicated on attachment

**DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO**
Court Address: 7325 S. Potomac St.
Centennial, CO 80112

**Plaintiff: THERESA CRUZ**

v.

**Defendants: WAL-MART STORES, INC., WAL-MART REAL ESTATE, and BUSINESS TRUST MS 0555, Delaware Corporations**

<span style="color:red">EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: Oct 30 2011 12:59PM MDT
Filing ID: 40628882
Review Clerk: N/A</span>

▲COURT USE ONLY▲

Case No. 2011CV1943

Division:     Ctrm:

**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS WAL-MART REAL ESTATE and BUSINESS TRUST MS 0555 WITHOUT PREJUDICE**

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Dismiss Defendants Wal-Mart Real Estate and Business Trust MS 0555 without Prejudice. The Court, having reviewed the Motion and being fully informed about the matter, hereby finds, concludes and orders as follows:

The Motion is GRANTED. Defendants Wal-Mart Real Estate and Business Trust MS 0555 are dismissed without Prejudice.

DATED this ____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Judge:** Michael J Spear

**File & Serve Transaction ID:** 40581531

**Current Date:** Oct 30, 2011

**Case Number:** 2011CV1943

/s/ **Judge Michael J Spear**