IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02930-WYD-KLM

THERESA CRUZ,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Extend Discovery Deadlines** [Docket No. 13; Filed June 29, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.  The Scheduling Order entered on January 25, 2012 [#12] is modified to extend the following deadlines:

- Deadline to Serve Written Discovery Requests    **June 29, 2012**
- Discovery Deadline    **August 1, 2012**

Dated:  July 2, 2012