IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-02930-WYD-KLM

THERESA CRUZ, a Colorado resident,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed October 4, 2012.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys fees.

Dated:  October 9, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge